UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

MidCountry Bank,

Plaintiff,

v.

Jack Rajchenbach, Chaim Rajchenbach, and Robert Hartman,

Defendants.

Jack Rajchenbach, Chaim Rajchenbach, and Robert Hartman,

Plaintiff,

v.

MidCountry Bank and Avraham D. Kutoff,

Defendants.

Civil No. 15-cv-3683 (SRN/TNL)

**ORDER OF DISMISSAL**

This matter is before the Court on MidCountry Bank ("MidCountry") and Jack Rajchenbach, Chaim Rajchenbach, and Robert Hartman (collectively, the "Guarantors"), Stipulation for Dismissal with Prejudice. Upon review of all the files, records, and proceedings herein, **IT IS HERBY ORDERED** that:

1. MidCountry's claims against Guarantors, as set forth in MidCountry's First Amended Complaint [Doc. No. 28] and Counterclaims [Attachment No. 31 in Doc. No. 59] are **DISMISSED WITH PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

2. Guarantors' claims against MidCountry, as set forth in Counts I, II, III, and VI of Guarantors' Amended Complaint [Attachment No. 29 in Doc. No. 59], are **DISMISSED WITH PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

3. Each party shall bear its or his own attorneys' fees, costs, and expenses.

Dated: May 9, 2017

BY THE COURT:

s/Susan Richard Nelson
SUSAN RICHARD NELSON
United States District Judge