**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| MidCountry Bank,<br>Plaintiff and Counterclaim Defendant,<br>v.<br>Jack Rajchenbach, Chaim Rajchenbach, and Robert Hartman,<br>Defendants and Counterclaim Plaintiffs,<br>v.<br>Avraham D. Kutoff,<br>Counterclaim Defendant. | Court File No. 15-CV-3683 (SRN/TNL)<br><br>**STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |

Jack Rajchenbach, Chaim Rajchenbach, and Robert Hartman (collectively, the "Guarantors"), by and through their undersigned counsel, hereby stipulate that the Guarantors' claims against Avraham D. Kutoff as set forth in the Amended Complaint [Doc. No. 29 in Dkt. No. 59, as transferred from 15-CV-4193], are and shall be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear his own attorneys' fees, costs, and expenses.

The Guarantors and Mr. Kutoff further stipulate and agree that, in the event any of the Guarantors re-initiates this action or asserts a claim against Mr. Kutoff that arises out of the factual circumstances alleged in the Amended Complaint, such action or claim shall be commenced, asserted, and/or venued in the United States District Court for the District of Minnesota, and the parties shall notify the Clerk that it relates to the instant

matter that was presided over by Judge Susan R. Nelson and Magistrate Judge Tony N. Leung.

Dated: July 6, 2017

*/s/ Ronn B. Kreps*
Ronn B. Kreps (#0151142)
Laura J. Borst (#032548X)
Allison Lange Garrison (#0391433)
NORTON ROSE FULBRIGHT US LLP
60 South Sixth Street, Suite 3100
Minneapolis, MN 55402
Telephone (612) 321-2800
Facsimile (612) 321-2288
ronn.kreps@nortonrosefulbright.com
laura.borst@nortonrosefulbright.com
allison.langegarrison@nortonrosefulbright.com
**COUNSEL FOR DAVID KUTOFF**

*/s/ Benjamin W. Hulse*
Benjamin W. Hulse (#390952)
BLACKWELL BURKE P.A.
431 South Seventh Street, Ste. 2500
Minneapolis, MN 55415
Telephone: (612) 343-3200
bhulse@blackwellburke.com

and

David Agay (*pro hac vice)*
Micah E. Marcus (*pro hac vice)*
Christopher G. Dean (*pro hac vice*)
MCDONALD HOPKINS LLC 300 North
LaSalle Street, Suite 2100
Chicago, Illinois 60654
Telephone: (312) 280-0111
dagay@mcdonaldhopkins.com
mmarcus@mcdonaldhopkins.com
cdean@mcdonaldhopkins.com
**COUNSEL FOR JACK RAJCHENBACH, CHAIM RAJCHENBACH, AND ROBERT HARTMAN**