**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| MidCountry Bank,<br>Plaintiff and Counterclaim Defendant,<br>v.<br>Jack Rajchenbach, Chaim Rajchenbach, and Robert Hartman,<br>Defendants and Counterclaim Plaintiffs,<br>v.<br>Avraham D. Kutoff,<br>Counterclaim Defendant. | Court File No. 15-CV-3683 (SRN/TNL)<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE** |

This matter is before the Court on the Stipulation for Dismissal without Prejudice on behalf of Jack Rajchenbach, Chaim Rajchenbach, and Robert Hartman (collectively, the "Guarantors"), and Avraham D. Kutoff. Upon review of all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1 The Guarantors' claims against Avraham D. Kutoff as set forth in the Amended Complaint [Doc. No. 29 in Dkt. No. 59, as transferred from 15-CV-4193] are **DISMISSED WITHOUT PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

2. Each party shall bear his own attorneys' fees, costs, and expenses.

3. In the event any of the Guarantors re-initiates this action or asserts a claim against Mr. Kutoff that arises out of the factual circumstances alleged in the Amended Complaint, such action or claim shall be commenced, asserted, and/or venued in the

United States District Court for the District of Minnesota. The parties shall notify the Clerk that the matter is related to the instant action.

Dated: July 7, 2017

BY THE COURT:

s/Susan Richard Nelson
SUSAN RICHARD NELSON
United States District Judge